THE PEOPLE *ex rel.* CHARLES BROWN, Relator-Appellant, *v.* JOHN W. TWOMEY, Warden, Illinois State Penitentiary at Joliet, Respondent-Appellee.

(No. 58830;

First District (2nd Division)—December 4, 1973.

PER CURIAM.
HAYES, J., took no part.

James J. Doherty, Public Defender, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis, Assistant State's Attorney, of counsel), for the People.